920

No. 1130. PHELAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Abraham J. Brem Levy* and *John A. Papola* for petitioner. *Arlen Specter* for respondent.

No. 1284. NESSON v. UNITED STATES. C. A. 1st Cir. Motion to dispense with printing petition granted. Certiorari denied. *Eugene X. Giroux* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1268. KOCHER v. FOWLER, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Harold J. Nussbaum, Milton M. Jacobs,* and *Robert E. Goostree* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for respondents.

No. 1245. IN RE WHITESIDE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Loring J. Whiteside,* petitioner, *pro se. Solicitor General Griswold* filed a memorandum in opposition.

No. 1027, Misc. SPURLIN v. DUTTON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. *Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, *Marion O. Gordon,* Assistant Attorney General, and *William R. Childers, Jr.,* Deputy Assistant Attorney General, for respondent Dutton.